MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*U.S.A. vs. SEDRIC WILLIAMS*

Case No. 3:09-cr-0027 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** ORDER FROM CHAMBERS

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Vacate or Set Aside Sentence Under 28 U.S.C. 2255 (Docket No. 649), in conjunction with the parties' Objection (Docket No. 652), and the Magistrate's Final Report and Recommendation, (Docket 655), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Vacate or Set Aside Sentence Under 28 U.S.C. 2255, (Docket No. 594), is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: January 24, 2014